# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>                        Plaintiff,<br><br>vs.<br><br>SVSC HOLDINGS, L.P., et al.<br><br>                      Defendants. | CASE NO. 18cv2167-LAB (JLB)<br><br>**ORDER GRANTING JOINT DISMISSAL [Dkt. 16]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 16. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: February 4, 2019

*/s/ Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -